**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>LINDA GARDNER<br>v.<br>PATHWAY SENIOR LIVING, LLC | Case Number:<br>FILED: JUNE 25, 2008<br>08CV3636<br>JUDGE COAR<br>MAGISTRATE JUDGE KEYS |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Plaintiff                                                                                         TC

| |
|---|
| NAME (Type or print)<br>Kimberly A. Carr |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Kimberly A. Carr |
| FIRM<br>Best, Vanderlaan & Harrington |
| STREET ADDRESS<br>12 West Cass Street, Suite 12 |
| CITY/STATE/ZIP<br>Joliet, Illinois 60432 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6272033 | TELEPHONE NUMBER<br>815-740-1500 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐